NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff-Appellee,*

v.

**ONYX CAPITAL ADVISORS, LLC**
AND **MICHAEL A. FARR,**
*Defendants,*

AND

**ROY DIXON, JR.,**
*Defendant-Appellant.*

---

2013-1110

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 10-CV-11633, Judge Denise Page Hood.

---

**ON MOTION**

---

Before NEWMAN, LOURIE and REYNA, *Circuit Judges.*

PER CURIAM.

# O R D E R

The Securities and Exchange Commission moves for reconsideration of the court's order transferring the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

Absent an objection from the appellant within 14 days of the date of this order, the motion for reconsideration will be granted and the appeal will be transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26